UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00486-ART-CLB<br><br>ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL |

　　　　Plaintiff Mohamed Abdalla Mahmoud, who is confined at Ely State Prison, submitted a civil-rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. Before the Court screened the Complaint, Plaintiff filed a motion to dismiss case without prejudice. (ECF No. 5.)

　　　　Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." No responsive pleading has been filed, so the Court acknowledges that this case has been dismissed without prejudice.

　　　　It is therefore ordered that Plaintiff's motion to dismiss case without prejudice (ECF No. 5) is granted.

　　　　It is further ordered that this action has been dismissed in its entirety without prejudice. A dismissal without prejudice allows Plaintiff to refile this action with the Court in the future under a new case number.

　　　　It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

　　　　The Clerk of Court is kindly directed to close the case.

DATED: October 14, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE